AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

GERARDO SANCHEZ-CRUZ
a/k/a Gerardo Lopez-Perez

**CRIMINAL COMPLAINT**

Case No. 3:21-mj- 1450-JBT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about August 15, 2021, in Duval County, in the Middle District of Florida, the defendant,

> a citizen of Mexico and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about April 7, 2008, and on or about August 13, 2013,

in violation of Title 8, United States Code, Section 1326. I further state that I am a Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
Abraham Velez-Gómez

Sworn to before me and subscribed in my presence,

on September 23, 2021        at        Jacksonville, Florida

JOEL B. TOOMEY
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## CRIMINAL COMPLAINT AFFIDAVIT

I, Abraham Velez-Gomez, being a duly sworn and appointed Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), hereby make the following statement in support of the attached criminal complaint.

1. Your affiant has been a Deportation Officer for ICE since 2015 and before that was an Immigration Enforcement Agent with ICE since 2009. Your affiant has training and experience in the enforcement of the immigration and nationality laws of the United States. In addition, your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2. On August 16, 2021, your affiant received electronic correspondence from another Deportation Officer working at the Jacksonville ICE office stating that on August 15, 2021, an individual identified as GERARDO SANCHEZ-CRUZ had been booked into the Duval County Pre-Trial Detention Center in Jacksonville, in the Middle District of Florida. According to the information provided by the jail, during the booking process SANCHEZ-CRUZ had stated that he was born in Mexico on a date in 1982. During processing, Officer Rabe, who has been deputized to perform the functions of a federal immigration officer, entered SANCHEZ-CRUZ's fingerprints into a biometric identification system that compared his fingerprints with the fingerprints of individuals who had been previously encountered

by immigration authorities. The system returned a match and reflected that SANCHEZ-CRUZ had been previously encountered and had been assigned two Alien Registration numbers ("A-numbers"), one under the name GERARDO SANCHEZ-CRUZ and one under the name Gerardo Lopez-Perez.

3. On September 18, 2021, the Duval County jail notified your affiant that the local charges for SANCHEZ-CRUZ were resolved and that he was ready to be picked up on the ICE detainer. On September 19, 2021, SANCHEZ-CRUZ was transported into ICE custody at the Baker County jail in Macclenny, Florida.

4. On September 21, 2021, your affiant reviewed documents from the consolidated Alien Registration file ("A-file") for SANCHEZ-CRUZ. An A-file is a central file maintained by immigration agencies that contains documents related to the interactions and encounters of United States immigration authorities with an alien. Documents in the A-file reflected that SANCHEZ-CRUZ is a citizen of Mexico who has been previously deported or removed from the United States to Mexico on two occasions: on April 7, 2008, and on August 13, 2013, both times through Laredo, Texas. The A-file contained no record that SANCHEZ-CRUZ had ever applied for or received permission from the Attorney General or the Secretary of Homeland Security for the United States to re-enter the United States since the time of his last deportation or removal.

Based upon the foregoing facts, your affiant believes there is probable cause to establish that GERARDO SANCHEZ-CRUZ a/k/a Gerardo Lopez-Perez is a

citizen of Mexico who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326.

_____
Abraham Velez-Gomez
Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida